

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00042-CV

EVAH D. GONZALES                                                          APPELLANT

V.

JAMES M. DYKES AND SHARON                                      APPELLEES
BADO DYKES

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2014-000012-2

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 11, 2016, we notified appellant that the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2).  *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellant, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellant has not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: April 7, 2016

2